UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL CAMPBELL, and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SPOKANE COUNTY, a municipal corporation, et al.,<br><br>    Defendants. | NO. CV-11-018-JLQ<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF CERTAIN DEFENDANTS** |

  BEFORE THE COURT is the parties' "Stipulated Motion for Dismissal of Jane Doe Pietz and Jane Doe Platz and their Respective Marital Communities" (ECF No. 26). According to the Complaint, the "Jane Doe" defendants are the wives of two corrections officers who are named defendants. The parties have agreed to the dismissal of the "Jane Doe" defendants with prejudice and without an award of costs.

  **IT IS HEREBY ORDERED:**

  1. The Stipulated Motion (ECF No. 26) is **GRANTED**.

  **IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

  **DATED** this 8th day of June, 2011.

          s/ Justin L. Quackenbush
         JUSTIN L. QUACKENBUSH
        SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1