AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DANIEL CAMPBELL, and others similarly situated,

v.

SPOKANE COUNTY, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-0018-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Daniel Campbell and against the Defendants in the amount of $39,628.35.  Pursuant to the parties' stipulation, such amount includes attorneys' fees and costs and there shall be no further application for fees or costs. See ECF No. 46.

September 20, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer